AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEW JERSEY

UNITED STATES OF AMERICA

V.

DREW INMAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:19CR292-2 PGS

The Defendant, Drew Inman, is acquitted as to Count 1 of the Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

PETER G. SHERIDAN, U.S.D.J.
Name of Judge          Title of Judge

9/13/23
Date